**99–1212. State v. Gibson.**
Butler App. No. CA98–02–028. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**99–1220. State v. Dancy.**
Montgomery App. No. 16340. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.

**99–1233. Buckeye State Mut. Ins. Co. v. Rowland.**
Jackson App. No. 98CA842. On motion for stay of trial and appellate court order for psychological examination. Motion denied.
MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**99–1238. State v. Roberts.**
Wood App. No. WD–98–025. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS and F.E. SWEENEY, JJ., dissent.
RESNICK, J., not participating.

**99–1247. Jury v. Ridenour.**
Richland App. No. 98CA100. On motion for stay of court of appeals' judgment. Motion denied.
COOK, J., dissents.

**99–1264. King v. Grange Mut. Cas. Co.**
Monroe App. No. 807. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause consolidated with 99–727, *King v. Grange Mut. Cas. Co.,* Monroe App. No. 807; briefing schedule stayed; and 99–727 and 99–1264 are held for the decision in 99–342, 99–348, and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353.
LUNDBERG STRATTON, J., dissents.

**99–1298. Hill v. Anderson.**
In Habeas Corpus. On request for immediate hearing. Request denied.

**99–1303. State v. Tobias.**
Cuyahoga App. No. 76402. On motion for stay of court of appeals' judgment. Motion denied.

**99–1328. State v. Markel.**
Ashland App. No. CA1279. On motion for stay of court of appeals' judgment. Motion denied.

**99–1344. State ex rel. State Fire Marshal v. Curl.**
In Mandamus and Prohibition. On motion for leave to intervene of Frank V. Darst and Green River Display Company, Inc. Motion granted; *sua sponte,* the above intervenors are joined as respondents pursuant to Civ.R. 21.
COOK, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**98–2577. Hubbard v. Canton City School Bd. of Edn.**
Stark App. No. 1998CA00089. The discretionary appeal is allowed on Proposition of Law No. I, and the cause is consolidated with 98–2667, *Hubbard v. Canton City School Bd. of Edn.,* Stark App. No. 1998CA00089, with no additional briefing.
LUNDBERG STRATTON, J., would also allow on Proposition of Law No. II.
PFEIFER, J., dissents.

**99–683. Hester v. Dwivedi.**
Hamilton App. No. C–970723.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.